## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DEIYER SNEIDER ORREGO ORREGO,

Petitioner,

v.

PATRICIA HYDE, et al.,

Respondents.

Civil Action No. 1:26-cv-10260-BEM

## NOTICE OF APPEAL

Notice is hereby given that Respondents in the above-captioned action hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Murphy, J.) May 27, 2026 Order granting the Petitioner's request for attorney's fees and costs under the Equal Access to Justice Act ("EAJA") (Doc. No. 13).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Michael Sady
Michael Sady
Dated: July 24, 2026        Assistant U.S. Attorney

1

<u>Certificate of Service</u>

I hereby certify that on July 27, 2026, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

<div align="center" style="margin-left:50%">

*/s/ Michael Sady*
Michael Sady
Assistant U.S. Attorney

</div>